IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABEL GONZALEZ | : | NO. 16-45-2 |

ORDER

AND NOW, this 9th day of February, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Abel Gonzalez for early termination (Docs. #111, 112) of his supervised release is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                                       J.